UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Robert P. Sheils, Jr., Chapter 7 Trustee
Sheils Law Associates
108 N. Abington Road
Clark Summit, PA 18411

In Re:

THOMPSON, CARLSON
                Debtor.

Case No.: 04-50404

Judge: Hon. John J. Thomas

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

      __Robert P. Sheils, Jr.__, Trustee in the above captioned matter states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the court in the amount of __$2,091.52__, payable to the Clerk, United States Bankruptcy Court. The parties entitled to said funds are listed below together with their last known address.

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
| Carlson Thompson<br>6341 Ventnor Drive<br>Tobyhanna, PA 18466-3242 | $2,091.52 |
| | |
| | |

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

DATED: 9/10/15

/s/Robert P. Sheils, Jr.
Trustee

*Last Revised: 9/3/02*